IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  -v-                                          24-MC-6019

$66,032.00 UNITED STATES CURRENCY,

        Defendant.

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

The United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Sean C. Eldridge, Assistant United States Attorney, of counsel, and David C. Pilato, Esq., attorney for Terrance Prather, hereby stipulate and agree to extend the government's time period to commence a judicial forfeiture action of the above-captioned seized property from December 8, 2024 to 30 days after the entry of the final disposition of the criminal case, including any subsequent appeals, by criminal judgment, mandate, or other termination of proceedings in the related criminal action initiated by criminal complaint, <u>United States v. Terrance Prather,</u> pending in the Western District of New York, pursuant to Title 18, United States Code, Sections 983(a)(3)(A) and 983(a)(3)(C).

The parties to this Stipulation further agree that Terrance Prather may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have twenty (20) days from the date the government received notice of such action to file its

Verified Complaint for Forfeiture.

Dated: ~~November~~ December 2, 2024    BY:    _____
                                                    TRINI E. ROSS
                                                    United States Attorney
                                                    Western District of New York

                                                    Sean C. Eldridge
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Western District of New York
                                                    100 State Street
                                                    Rochester, NY 14614
                                                    585-399-3953
                                                    sean.eldridge@usdoj.gov

Dated: ~~November~~ December 2, 2024    _____
                                        David C. Pilato, Esq.
                                        30 West Broad Street
                                        Rochester, New York 14614
                                        585-420-8560
                                        david@pilatolaw.com
                                        Attorney for Terrance Prather